WILSON TURNER KOSMO LLP
CAROLINA BRAVO-KARIMI (259409)
SUSAN I. HENDERSON (335618)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: cbravo-karimi@wilsonturnerkosmo.com
E-mail: shenderson@wilsonturnerkosmo.com

Attorneys for Defendant
TARGET CORPORATION
(erroneously sued as TARGET 30340 Haun Road
Menifee, CA)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Dylan Herrington,<br><br>Plaintiff,<br><br>v.<br><br>TARGET 30340 Haun Road Menifee, CA,<br><br>Defendant. | Case No. 5:23−cv−01676−MRA (SHKx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date: May 16, 2024<br>Time: 1:30 p.m.<br><br>Judge: Hon. Mónica Ramírez Almadani<br>Courtroom: 10B<br><br>Magistrate: Hon. Shashi H. Kewalramani<br>Courtroom: 3 or 4, 3rd Floor<br><br>Trial Date: September 24, 2024<br>Complaint Filed: June 21, 2023 |

///

///

///

///

///

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on May 16, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10B of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA, 90012, before the Honorable Mónica Ramírez Almadani, Defendant TARGET CORPORATION (erroneously sued as TARGET 30340 Haun Road Menifee, CA) ("Defendant" or "Target") will, and hereby does, move the Court for an order dismissing with prejudice in its entirety Plaintiff Dylan Herrington's ("Plaintiff") Third Amended Complaint ("TAC") pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis that the TAC fails to state a plausible claim upon which relief can be granted. Specifically, Plaintiff's First, Second, and Third Causes of Action should be dismissed based on the following grounds:

- All possible defamation claims that Plaintiff ever had against Target are time barred. Plaintiff did not file his complaint within the one-year statute of limitation period under California law.
- Even if Plaintiff's alleged defamation claim is not time barred, Plaintiff himself consented to publication of the alleged defamatory statements.
- As to the alleged hostile work environment and retaliation claims, Plaintiff again does not assert any legal basis for his claims of both hostile work environment and retaliation by Target against him.

This Motion to Dismiss is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and upon such other evidence and oral argument as may be received at the time of the hearing of this Motion.

///

///

///

///

///

This Motion is made following a meet and confer conference of Target's counsel and Plaintiff pursuant to Local Rule 7-3, which took place on March 4, 2024.

Dated: March 11. 2024 **WILSON TURNER KOSMO LLP**

By: */s/ Carolina Bravo- Karimi*
CAROLINA BRAVO-KARIMI
SUSAN I. HENDERSON
Attorneys for Defendant
TARGET CORPORATION